UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TODAY'S GROWTH CONSULTANT, INC. : <br> (dba THE INCOME STORE) : <br> : <br> and : <br> : <br> KENNETH D. COURTRIGHT, III, : <br> : <br> Defendants. : <br> : | Civil Action No. 1:19-cv-08454 |

| | |
|---|---|
| MELANIE E. DAMIAN, as Receiver for <br> TODAY'S GROWTH CONSULTANT, INC. <br> (dba THE INCOME STORE), <br> <br> Plaintiff, <br> v. <br> <br> EIN CAP, INC., ALPHA CAPITAL SOURCE, <br> INC., BMF CAPITAL, LLC, FUNDKITE, LLC, <br> AKF, INC., WORLD GLOBAL CAPITAL, LLC, <br> FOX CAPITAL GROUP, INC., HIGH FIVE GROUP, <br> LLC, and SUTTON FUNDING NY, INC., <br> <br> Defendants. <br> _____/ | ANCILLARY CASE NO. 1:21-cv-01792 |

**PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON DEFENDANTS,
EIN CAP, INC. AND BMF CAPITAL, LLC**

Melanie E. Damian, the court-appointed receiver ("Plaintiff" or the "Receiver") of Today's

Growth Consultant, Inc. (d/b/a The Income Store) ("TGC") in the above-captioned enforcement

action (the "SEC Action") against TGC and its principal Kenneth D. Courtright, III, moves for

approval of a substitute method of service pursuant to NY CPLR § 316 (a) for purposes of serving the Summons and Complaint against Defendants EIN Cap, INC. ("EIN") and BMF Capital, LLC ("BMF") (collectively "Defendants"), and states as follows:

1. On April 2, 2021, the Receiver filed the instant action against Defendants EIN, BMF, Alpha Capital Source, Inc. ("Alpha Capital"), Fundkite, LLC ("Fundkite"), World Global Capital, LLC ("World Global"), High Five Group, LLC ("High Five"), Fox Capital Group, Inc. ("Fox Capital"), AKF, Inc. ("AKF"), and Sutton Funding NY, Inc. ("Sutton Funding") to accomplish the ends sought and directed by the District Court in the SEC Action, which among other things, appointed Plaintiff as Receiver and authorized her to commence actions to recover assets of, and for the benefit of, the Receivership Estate. Defendants BMF and EIN received $1,669,333.00 and $1,260,300.00, respectively over a period of four months from TGC.

2. The Complaint and Summons listed the last known address of Defendant BMF at 1820 Avenue M, Ste. 125, Brooklyn, New York 11230, and the last known address of EIN at 160 Pearl Street, 5th Floor, New York, New York 10005, which are the last known addresses that appear on searches of these Defendants conducted through the Lexis Accurint research tool and the New York State Department of State website. Furthermore, the Plaintiff conducted a search and has confirmed that the Defendants do not have registered agents listed with the New York Department of State.

3. Accordingly, the Plaintiff retained Ivan Gregg to attempt service of the Complaint and Summons on EIN at 160 Pearl Street, 5th Floor, New York, NY 10005. Mr. Gregg attempted to serve EIN on April 12, 2021, however, the office was closed. Mr. Gregg then called the phone number listed for EIN and spoke to an employee who advised that the office staff was working

remotely indefinitely. Nevertheless, Mr. Gregg made a subsequent attempt to serve EIN at this address and, once again, the office was closed.

4. Similarly, the Plaintiff retained DLE Process Servers to attempt service of the Complaint and Summons on BMF at 1820 Avenue M, Ste. 125, Brooklyn, New York 11230. On April 13, 2021, the process server attempted to serve BMF, however, the address listed for BMF is not an office location, but rather a mailbox at Outside the Box Shipping. The store manager for Outside the Box Shipping refused to disclose the identity of the owner of box 125. Based on the foregoing, the Receiver believes that making a second service attempt at this address would be futile, and the Receiver is unaware of another address for BMF at which a subsequent attempt could be made.

5. Further attempts to serve the Defendants at the aforementioned addresses are unlikely to result in successful service of process and would needlessly waste the time and resources of the Plaintiff. As set forth in the attached affidavits, Defendants appear to be evading service by taking advantage of the COVID 19 pandemic or using a mailbox address as entity address. *See* Affidavit of Attempted Service, Composite **Exhibit A**.

6. Pursuant to NY Consolidated Law § 102(a)(11), the Plaintiff is precluded from serving the New York Secretary of State as agent of the Defendants who are actively conducting business in the State because the matter is not pending in New York state court or a federal court sitting in or for the state of New York.

7. Having exercised significant diligence over the last 2 months to have Defendants BMF and EIN served, and in light of the pandemic which has resulted in many individuals, perhaps including the principals, employees and representatives of the Defendants, isolating at home and

<mark>Case: 1:21-cv-01792 Document #: 45 Filed: 06/02/21 Page 4 of 5 PageID #:151</mark>

not answering the door, it is proper and appropriate to permit the Plaintiff to effect service of process by publication of the Summons and Complaint under NY CPLR § 316 (a), which provides:

> An order for service of a summons by publication shall direct that the summons be published together with the notice to the defendant, a brief statement of the nature of the action and the relief sought…in two newspapers…designated in the order as most likely to give notice to the person to be served…

WHEREFORE, Plaintiff Melanie E. Damian, as the Court-appointed Receiver of TGC, respectfully requests that the Court (a) authorize Plaintiff to effect service of process on Defendants BMF and EIN by publication pursuant to NY CPLR § 316 (a), and (b) grant all other relief that it deems just and appropriate.

DATED: June 2, 2021.

Respectfully submitted,
/s/Kenneth Dante Murena
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: kmurena@dvllp.com

*Counsel for Melanie E. Damian,
Court-Appointed Receiver*

*General Admission to the
Northern District of Illinois*

and

Kevin B. Duff (kduff@rdaplaw.net)
Ill. Bar No. 6210491
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
Telephone: (312) 733-3950

*Counsel for Melanie E. Damian,
Court-Appointed Receiver*

<mark>4</mark>

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2021, a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/Kenneth Dante Murena
Kenneth Dante Murena, Esq.
Florida Bar No. 147486


*General Admission to the
Northern District of Illinois*
