UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE)

and

KENNETH D. COURTRIGHT, III,

    Defendants.

Civil Action No. 1:19-cv-08454

_____

MELANIE E. DAMIAN, as Receiver for
TODAY'S GROWTH CONSULTANT, INC.
(dba THE INCOME STORE),

    Plaintiff,

v.

EIN CAP, INC., ALPHA CAPITAL SOURCE,
INC., BMF CAPITAL, LLC, FUNDKITE, LLC,
AKF, INC., WORLD GLOBAL CAPITAL, LLC,
FOX CAPITAL GROUP, INC., HIGH FIVE GROUP,
LLC, and SUTTON FUNDING NY, INC.,

    Defendants.

ANCILLARY CASE NO. 1:21-cv-01792

_____/

**STIPULATION OF DISMISSAL AS TO**
**DEFENDANT SUTTON FUNDING NY, INC.**

Plaintiff, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (d/b/a The Income Store) and Defendant Sutton Funding NY, Inc., by and through their undersigned

attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement and Release Agreement entered into on August 31, 2021 and approved by the District Court in *SEC v. Today's Growth Consultant, Inc. (d/b/a The Income Store), et al.*, on September 7, 2021 [Case No. 19-cv-08454 at ECF No. 170], hereby stipulate to a dismissal of Plaintiff's claims against Sutton Funding NY, Inc., in the above-referenced matter, with each party to bear its own attorneys' fees and costs.

Upon Sutton Funding NY, Inc.'s payment of the Settlement Amount (defined in the Settlement and Release Agreement) to Plaintiff, this dismissal shall become with prejudice.

This District Court, and Magistrate Judge Jeffrey T. Gilbert in particular, shall retain exclusive jurisdiction, and be the exclusive venue, in which to resolve any disputes related to, and grant any necessary relief provided for in, the Settlement and Release Agreement.

Respectfully submitted,

/s/ Kenneth Dante Murena
Kenneth Dante Murena
Florida Bar No. 147486
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Email: kmurena@dvllp.com

*Lead Counsel for Melanie E. Damian, Court-Appointed Receiver*

*General Admission to the Northern District of Illinois*

Kevin B. Duff (kduff@rdaplaw.net)
Ill. Bar No. 6210491
Rachlis Duff & Peel, LLC
542 South Dearborn Street, Suite 900
Facsimile: (312) 733-3952

/s/ Steven A. Block
Steven A. Block
Thompson Hine LLP
20 N. Clark St., Suite 3200
Chicago, Illinois

Tel: (312) 998-4242
Fax: (312) 998-4245
Steven.Block@thompsonhine.com

*Counsel for Defendant Sutton Funding NY, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2021, a true and correct copy of the foregoing Stipulation was served on all counsel of record via CM/ECF.

>/s/ Kenneth Dante Murena
>Kenneth Dante Murena
>*Counsel for Plaintiff*
>*Melanie E. Damian, as*
>*Court-Appointed Receiver*