**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MELANIE E. DAMIAN, as Receiver for
TODAYS GROWTH CONSULTANT INC.
(dba THE INCOME STORE),

      Plaintiff,

v.

EIN CAP, INC., ALPHA CAPITAL SOURCE,
INC., BMF CAPITAL, LLC, FUNDKITE, LLC,
AKF, INC., WORLD GLOBAL CAPITAL, LLC,
FOX CAPITAL GROUP, INC., HIGH FIVE GROUP,
LLC, and SUTTON FUNDING NY, INC.,

      Defendants.
_____/

Case No. 1:21-cv-01792

**JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT AGAINST
DEFENDANTS HIGH FIVE GROUP, LLC AND ALPHA CAPITAL SOURCE, INC.**

Plaintiff Melanie E. Damian, as Receiver of Todays Growth Consultant Inc. (the "Receiver") and Defendants High Five Capital Group, LLC ("High Five") and Alpha Capital Source, Inc. ("Alpha Capital") (together, the "Defendants", and collectively with the Receiver, "the Parties"), by and through their respective counsel, move this Court for an entry of consent final judgments against Defendants, and states:

1. On March 18, 2024 and March 27, 2024, the Parties agreed to resolve the Receiver's claims against the Defendants. The Parties' agreements call for the entry of a consent final judgment in favor of the Receiver and against High Five Group, LLC in the amount of $1,090,494, plus post-judgment interest at the Illinois statutory rate and the entry of a consent final judgment in favor of the Receiver and against Alpha Capital Source, Inc. in the amount of $118,770, plus post-judgment interest at the Illinois statutory rate (together, the "Consent Final Judgments").

2. The form of the proposed Consent Final Judgments has been agreed to by the Parties

and will be submitted separately to the Court pursuant to this Court's case procedures.

WHEREFORE, Plaintiff Melanie E. Damian and Defendants High Five Capital Group, LLC and Alpha Capital Source, Inc. respectfully request the Court enter the Consent Final Judgments and grant such further relief as the Court deems just and appropriate.

Respectfully submitted,

/s/ Kenneth Dante Murena
Kenneth Dante Murena, Esq.
  Florida Bar No. 147486
  kmurena@dvllp.com
  *General Admission to N.D. Ill.*
Adriana M. Pavon, Esq.
  Florida Bar No. 1025060
  apavon@dvcattorneys.com
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

/s/ Shanna M. Kaminski
Shanna M. Kaminski, Esq.
skaminski@kaminskilawpllc.com
(248) 462-7111

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 24, 2024, the foregoing document was electronically filed using the Court's CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record.

/s/ Kenneth Dante Murena
Kenneth Dante Murena